# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2021 KW 0993

VERSUS

JAMES JERROD SPIKES, JR.                          **NOVEMBER 5, 2021**

---

In Re:    James Jerrod Spikes, Jr., applying for supervisory
          writs, 22nd Judicial District Court, Parish of
          Washington, No. 15-CR4-128964.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect the district court denied relator's motions to correct an illegal sentence, filed July 21, 2021 and August 21, 2021, on September 29, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT